UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                  Criminal No. 09-cr-161-01-JL

Leo A. Cullinan

O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph N. Laplante
Joseph N. Laplante
United States District Judge

Date: November 16, 2009

cc: Jessica C. Brown, Esq.
    Robert J. Veiga, Esq.
    U.S. Marshal
    U.S. Probation